

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 OCT 29 AM 9: 27

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Blanca Estella GARCIA (D1)**<br>**and**<br>**Loni Rose ROMERO (D2)**<br><br>Defendants | Magistrate Case No. **'07 MJ 2511**<br><br><u>COMPLAINT FOR VIOLATION OF</u><br><br>Title 8, U.S.C., Section<br>1324(a)(1)(A)(iv)-Inducing and Encouraging<br>Illegal Alien(s) to Enter the United States |

The undersigned complainant being duly sworn states:

On or about **October 19, 2007**, within the Southern District of California, defendants **Blanca Estella GARCIA (D1) and Loni Rose ROMERO (D2)**, did encourage and induce an alien, namely, **Jose VALDEZ-Santoyo,** with the intent to violate the immigration laws of the United States, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Mario Avila, U.S. Customs and Border
Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **29th** DAY OF **October**, 2007.

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer John Poplawski, declare under penalty of perjury the following to be true and correct:

The complainant states that Jose VALDEZ-Santoyo is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 18, 2007 at approximately 2045 hours Blanca Estella GARCIA (D1) made application for admission into the United States from Mexico at the San Ysidro, California Port of Entry as the driver of [illegible]

[several illegible paragraphs]

A [illegible] interview was conducted with Material Witness. Material Witness stated that he is a citizen of Mexico with no documents to lawfully enter the United States. Material Witness stated he purchased the document presented on his behalf for $700.00USD from an unknown vendor in Tijuana. Material Witness stated he intended to travel to San Diego, California.

EXECUTED ON THIS 19th DAY OF October 2007 AT 1:20 PM.

_____
John Poplawski / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of one page, I find probable cause to believe that the defendants named therein committed the offense on October 18, 2007 in violation of Title 8, United States Code, Section 1324.

_____          10/20/07 at 11:10 am
MAGISTRATE JUDGE                          DATE / TIME